Honorable Karen L. Strombom

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| THE EMPLOYEE PAINTERS TRUST HEALTH AND WELFARE FUND, RESILIENT FLOOR COVERING PENSION TRUST FUND, DISTRICT COUNCIL NO. 5 PAINTERS AND ALLIED TRADES APPRENTICESHIP AND TRAINING TRUST, ALLIED TRADES TRAINING CENTER, WESTERN WASHINGTON FLOOR COVERING INDUSTRY FUND, LABOR-MANAGEMENT COOPERATION INITIATIVE, and INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES AFL-CIO, DISTRICT COUNCIL NO. 5,<br><br>Plaintiffs,<br>vs.<br><br>DON DUANE SHERMAN and JANE DOE SHERMAN, husband and wife, and the marital community comprised thereof, d/b/a SHERMAN & SONS FLOORING CO.,<br><br>Defendants. | **CAUSE NO**.: CV10-5007 KLS<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF SUPPLEMENTARY PROCEEDINGS |

TO: CLERK OF THE COURT

**NOTICE IS HEREBY GIVEN** that Plaintiffs The Employee Painters Trust Health and Welfare Fund, Resilient Floor Covering Pension Trust Fund, District Council No. 5 Painters and Allied Trades Apprenticeship and Training Trust, Allied Trades Training Center, Western

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL PROCEEDINGS - CASE NO. MS10-5007 KLS -- PAGE 1 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Washington Floor Covering Industry Fund, Labor-Management Cooperation Initiative, and International Union of Painters & Allied Trades AFL-CIO, District Council No. 5, voluntarily dismiss the above-entitled supplemental action against Defendants Don Duane Sherman and Jane Doe Sherman, husband and wife, and the marital community comprised thereof, d/b/a Sherman & Sons Flooring Co.

**ORDER**

**IT IS HEREBY ORDERED** that the above-entitled action against Defendants Don Duane Sherman and Jane Doe Sherman, husband and wife, and the marital community comprised thereof, d/b/a Sherman & Sons Flooring Co., shall be and hereby is dismissed.

DATED this 22nd day of February, 2010.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/David L. Tuttle
WSBA #38728
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: d.tuttle@ekmanbohrer.com
Attorney for Plaintiffs

S:\Collections\WWP-3410\Pleadings\2010\Sherman & Sons Flooring 3410 USDC Exam Dismissal (Donnie).doc

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL PROCEEDINGS - CASE NO. MS10-5007 KLS -- PAGE 2 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587